UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-MJ-1130

FILED
JUN 17 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CRIMINAL INFORMATION |
| KELLY RAE SMITH | ) |

The United States Attorney charges that:

On or about April 7, 2010, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the defendant, KELLY RAE SMITH, did knowingly, willfully, and unlawfully steal and purloin the personal property of another, to wit: canvas tote bag and tinkerbell wallet, such property having a value of less than $1,000.00, in violation of Title 18, United States Code, Section 661.

GEORGE E.B. HOLDING
United States Attorney

By: _____
JAMES B. BLANTON
Special Assistant U.S. Attorney
Criminal Division