# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina



RECEIVED
FEB 2 3 2012
U.S. Marshals Services, EDNC

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   7:11-MJ-1130 |
| KELLY RAE SMITH | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   KELLY RAE SMITH                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment          ❒ Superseding Indictment          ☑ Information          ❒ Superseding Information          ❒ Complaint

❒ Probation Violation Petition          ❒ Supervised Release Violation Petition          ❒ Violation Notice          ❒ Order of the Court

This offense is briefly described as follows:

Called and failed to appear before US Magistrate Judge Robert B. Jones, Jr. on 2/8/2012 at Misdemeanor Court in
Wilmington, NC.

CT. 1 - LARCENY OF PERSONAL PROPERTY, 18 USC 661

**FILED**

MAR 2 9 2013

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ M.H _____ DEP CLK

Date:     02/16/2012                                   _____*Robert Jones*_____
                                                                        *Issuing officer's signature*

City and state:     WILMINGTON, NC                          ROBERT B. JONES, US Magistrate Judge
                                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2/23/12 , and the person was arrested on *(date)* 3/28/13 at *(city and state)* Detroit, MI . |
| Date: 3/28/13                          by *Detroit Police Dept* _____ *Arresting officer's signature* |
| Samancha Janner USMS E/NC _____ *Printed name and title* |