IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No: 7:11-MJ-1130-RJ-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| KELLY RAE SMITH, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the court on the government's motion to reconsider the court's order allowing Defendant's motion to continue her initial appearance and arraignment from June 5, 2013 to August 7, 2013. [DE-15]. Although the government's opposition to the continuance was noted in Defendant's motion, the government did not otherwise communicate its objections to Defendant's motion to the court. *See Fleetwood Transp. Corp. v. Packaging Corp. of America*, No. 1:10MC58, 2011 WL 6217061, at *6 (M.D.N.C. Dec. 14, 2011) (holding that "a motion to reconsider is not proper where it only asks the Court to rethink its prior decision, or presents a better or more compelling argument that the party could have presented in the original briefs on the matter."). However, the court has reviewed anew those grounds asserted by Defendant in support of a continuance and finds good cause for the requested continuance. The government's motion to reconsider is therefore DENIED.

So ordered, the 31st day of May, 2013.

Robert B. Jones, Jr.
United States Magistrate Judge